STEVEN BALOGH v.
DEPARTMENT OF CORRECTIONS, STATE OF NEW JERSEY.

October 4, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. ST. JOHN'S CHURCH.

October 4, 1978.  Petition for certification denied.

JAMES A. WILLIAMS, JR. v. SOLON PAGE.

October 4, 1978.  Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL DEARLING.

October 4, 1978.  Petition for certification denied.

WILLIAM F. HYLAND, ATTORNEY GENERAL OF THE STATE OF NEW JERSEY v. TOWNSHIP OF LONG BEACH.

October 4, 1978.  Petition for certification denied. (See 160 *N. J. Super.* 201)

STATE OF NEW JERSEY v. ADRIAN GARCIA.

October 4, 1978.  Petition for certification denied.